UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: INSURANCE BROKERAGE ANTITRUST LITIGATION | Hon. Garrett E. Brown, Jr. |
| | MDL 1663 |
| **APPLIES TO ALL ACTIONS** | **Civil Action No. 04-5184 (GEB)** |
| AMERICAN STANDARD INC. and AMERICAN STANDARD COMPANIES INC., Plaintiffs, v. MARSH USA INC., Defendant. | **Civil Action No. 05-4573 (GEB)** |

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs American Standard Inc. and American Standard Companies Inc. and Defendant Marsh USA Inc., through their respective undersigned counsel, that the above-captioned action be and is hereby dismissed with prejudice. Each party shall bear its own costs and attorneys' fees.

Dated: July 16, 2009

HOWREY LLP

By: ______________________
Ernest Summers III
321 North Clark Street, Suite 3400
Chicago, Illinois 60610
(312) 595-1239
summerse@howrey.com

*Attorneys for Plaintiffs American Standard Inc. and American Standard Companies Inc.*

WILLKIE FARR & GALLAGHER LLP

By: ______________________
Mitchell J. Auslander
787 Seventh Avenue
New York, New York 10019-6099
(212) 728-8000
mauslander@willkie.com

*Attorneys for Defendant Marsh USA, Inc.*

IT IS SO ORDERED:

This 23rd day of July, 2009

______________________
HONORABLE GARRETT E. BROWN, JR.
UNITED STATES DISTRICT COURT JUDGE