United States District Court
for the District of New Jersey

| | |
|---|---|
| **AMERICAN STANDARD INC., ET AL.** Plaintiff vs. **MARSH USA INC., ET AL.** Defendant | Civil Action No. 05-4573 Order of Reassignment |

It is on this 20th day of June 2011,

O R D E R E D that the entitled action is reassigned

from Judge Garrett E. Brown, Jr. to Judge Claire C. Cecchi.

S/Garrett E. Brown, Jr.
Garrett E. Brown, Jr., Chief Judge
United States District Court